UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08CR2454-DMS
                        )
vs                      )  ABSTRACT OF ORDER
                        )
Andres Regalado         )  Booking No. 10168298
                        )
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of 9/2/08
the Court entered the following order:

__X__ Defendant be released from custody. Dft on bond filed 8/29/08

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Charges pending in 08CR2872-DMS

                                    UNITED STATES MAGISTRATE JUDGE
                                                    OR
Received _____              W. SAMUEL HAMRICK, JR.   Clerk
           DUSM                     by _____
                                           Deputy Clerk

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY