FILED

SEP - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2454-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANDRES REGALADO, | |
| Defendant. | |

FILED

SEP - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of:__ 8 USC 1324 (a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; 18 USC 2 - Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/02/08

_WILLIAM McCURINE, JR._
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 9/5/08          ENTERED ON 9/2/08

United States Marshal

By:_____
USMS Criminal Section